## Commonwealth *v.* Willman, Appellant.

Submitted June 11, 1969. *John A. O'Brien,* for appellant; *Theodore A. Parker,* First Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below dismissing appellant's petition under the Post Conviction Hearing Act is vacated and the case remanded for a hearing on the issue of the validity of the guilty plea raised by the petition.

## Commonwealth *v.* Worsham, Appellant.

Submitted June 9, 1969. *Ronald L. Buckwalter,* for appellant; *Henry J. Rutherford,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.